IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION ) <br> and PARKER INTANGIBLES LLC ) <br> ) <br>     **Plaintiff** ) <br> ) <br> v. ) <br> )   **CIVIL ACTION No. 1:07CV01709** <br> BALDWIN FILTERS, INC. and ) <br> CLARCOR INC. ) <br> ) <br> ) <br>     **Defendant** ) | |

### ORDER OF DISMISSAL

Plaintiff Parker-Hannifin Corporation ("Parker") having filed a Complaint against Defendant Baldwin Filters, Inc and CLARCOR Inc. (collectively "Defendants") alleging that U.S. Patent Nos 5,643,446, 6,328,883 and D441,422 ("the Asserted Patents") are valid and infringed, and Defendants having denied infringing the Asserted Patents and alleging that the Asserted Patents are invalid; and the parties having agreed upon a basis for the settlement of the matters alleged in the Complaint.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Plaintiff Parker is the exclusive licensee of the Asserted Patents.

3. The parties have entered into a Settlement Agreement, dated August 12, 2008 ("Settlement Agreement"), to resolve all claims by the parties relating to this matter.

1

4. The present action is dismissed with prejudice, and all orders are vacated.

5. Each party shall bear its own costs and attorney's fees.

6. The jurisdiction of the Court continues for the purpose of the enforcement of the Settlement Agreement, and for making any further orders necessary or proper relating to this Order.

It is so ordered this  12th  day of  September.

                                         /s/ Patricia A. Gaughan
                                         Judge Patricia A. Gaughan

Approved:

| */s/ Francis DiGiovanni* (with permission) | */s/ Mark Pals* |
|---|---|
| Francis DiGiovanni (Pro Hac Vice) | Mark A. Pals, P.C. (Pro Hac Vice) |
| M. Curt Lambert(Pro Hac Vice) | Ann Marie T. Wahls (Pro Hac Vice) |
| CONNOLLY BOVE LODGE & HUTZ | Thomas W. Osier (Pro Hac Vice) |
| 1007 North Orange Street | KIRKLAND & ELLIS LLP' |
| P.O. Box 2207 | 200 East Randolph Drive |
| Wilmington, DE 19899 | Chicago, IL  60601 |
| fdigiovanni@cblh.com | Tel. (312) 861-2000 |
| mlambert@cblh.com | Fax. (312) 861-2200 |
| | mpals@kirkland.com |
| Harry D. Cornett, Jr. | awahls@kirkland.com |
| Benjamin C. Sasse | tosier@kirkland.com |
| Tucker, Ellis & West | |
| 1150 Huntington Bldg. | |
| 925 Euclid Avenue | Hugh E. McKay (0023017) |
| Cleveland, OH 44115 | Tracey L. Turnbull (0066958) |
| hcornett@tuckerellis.com | PORTER WRIGHT MORRIS & |
| bsasse@tuckerellis.com | ARTHUR LLP |
| | 925 Euclid Avenue, Suite 1700 |
| *Counsel for Plaintiffs Parker-Hannifin Corp. and Parker Intangibles LLC* | Cleveland, OH  44115-1483 |
| | Tel. (216) 443-9000 |
| | Fax. (216) 443-9011 |
| | hmckay@porterwright.com |
| | tturnbull@porterwright.com |
| | |
| | *Counsel for Defendants CLARCOR Inc. and Baldwin Filters, Inc.* |

2